## STATE OF OREGON,
*Respondent,*

*v.*

## STEVEN HAL GILBERT,
*Appellant.*

(90-1060; CA A68301)

852 P2d 970

Ingrid A. MacFarlane, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Ann Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Durham, J., dissenting.

## PER CURIAM

Defendant was charged with and convicted of three counts of using a child in a display of sexually explicit conduct, ORS 163.670, and two counts of second degree sexual abuse. ORS 163.415. He demurred to the first three charges under ORS 163.670, alleging that the provisions of that statute are unconstitutionally vague and overbroad. The trial court overruled defendant's demurrer, and he appeals.

We upheld the validity of the statutory provisions relevant to this appeal, ORS 163.670 and ORS 163.665, under the same challenge in *State v. Meyer*, 120 Or App 319, 852 P2d 879 (1993). The trial court's denial of defendant's demurrer was proper.

Affirmed.

**DURHAM, J.,** dissenting.

I respectfully dissent for the reasons stated in the dissenting opinion in *State v. Meyer*, 120 Or App 319, 852 P2d 879 (1993).